IN THE UNITED STATES DISTRICT COURT      F I L E D
FOR THE DISTRICT OF COLORADO      UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. _____ 07 - CV - 0 2 0 5 0 /bnß _____    OCT 1 - 2007

(The above civil action number must appear on all future papers      GREGORY C. LANGHAM
sent to the court in this action.  Failure to include this number      CLERK
may result in a delay in the consideration of your claims.)

PEDRO RODRIGUEZ, Mexican National, et al.,

       Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS AT THE BUENA VISTA
       CORRECTIOAL [sic] COMPLEX,
WARDEN GEORGE DUNBAR,
EXECUTIVE DIRECTOR, ARISTEDES ZARARAS [sic],
DEPARTMENT HEAD OF MEDICAL AT BUENA VISTA CORRECTIONAL COMPLEX,
       DOUG ROBERTS,

       Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a document titled "Notice of Motion to Proceed as a Poor

Person," a document titled "Temporary Restraining Order Relief," and a document titled

"Order to Show Cause and Temporary Restraining Order." As part of the court's review

pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted

documents are deficient as described in this order.  Notwithstanding the deficiencies,

the clerk of the court will be directed to commence a civil action.  Plaintiff will be

directed to cure the following if he wishes to pursue his claims.  Any papers which the

Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   ___   is not submitted
(2)   ___   is missing affidavit
(3)   _X_   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing (Account statement submitted is not certified by a prison official.)
(4)   ___   is missing required financial information
(5)   ___   is missing an original signature by the prisoner
(6)   _X_   is not on proper form (must use the court's current form)
(7)   ___   names in caption do not match names in caption of complaint, petition or habeas application
(8)   ___   An original and a copy have not been received by the court. Only an original has been received.
(9)   ___   other:_____.

**Complaint, Petition or Application:**
(10)   _X_   is not submitted
(11)   ___   is not on proper form (must use the court's current form)
(12)   ___   is missing an original signature by the prisoner
(13)   ___   is missing page nos. ___
(14)   ___   uses et al. instead of listing all parties in caption
(15)   ___   An original and a copy have not been received by the court. Only an original has been received.
(16)   ___   Sufficient copies to serve each defendant/respondent have not been received by the court.
(17)   ___   names in caption do not match names in text
(18)   ___   other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order.** Any papers which the Plaintiff

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, two copies of the following forms: a Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and a Prisoner Complaint.

It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the complaint and the

action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _28th_ day of _September_ , 2007.

BY THE COURT:

_Boyd N. Boland_

BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **07 - CV - 02050**

Pedro Rodriguez
Doc# 108616
Buena Vista Min Center
PO Box 2005
Buena Vista, CO 81211

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and a Prisoner Complaint** to the above-named individuals on __10 - 1-07__

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk