# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 12 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-02050-REB-CBS

PEDRO RODRIGUEZ,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS AT THE BUENA VISTA
    CORRECTIONAL COMPLEX,
GEORGE DUNBAR, Warden,
ARISTEDES ZAVARAS, Executive Director, and
DOUG ROBERTS, Department Head of Medical at Buena Vista Correctional Complex

    Defendants.

## ORDER REQUIRING SERVICE BY UNITED STATES MARSHAL

**Blackburn, J.**

This matter is before the court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The court has granted the plaintiff leave to proceed *in forma pauperis*.

**THEREFORE, IT IS ORDERED** as follows:

1. That if appropriate, the Clerk shall attempt to obtain a waiver of service from each of the defendants;

2. That if the Clerk is unable to do so, then the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders on each of the defendants; provided, furthermore, that if appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d);

3. That all costs of service shall be advanced by the United States; and

4. That after service of process, any defendant or counsel for any defendant having been served shall respond to the complaint as provided in the Federal Rules of Civil Procedure.

Dated February 11, 2008, at Denver, Colorado.

              **BY THE COURT:**

              **s/ Robert E. Blackburn**
              **Robert E. Blackburn**
              **United States District Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02050-REB-CBS

Pedro Rodriguez
Prisoner No. 108616
FMCC - CH D
PO Box 200
Cañon City, CO 81215- 0200

Colorado Department of Corrections at the Buena Vista Correctional Complex,
George Dunbar, Aristedes Zavaras, and Doug Roberts - **WAIVER \***
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Colorado Department of Corrections at the Buena Vista Correctional Complex, George Dunbar, Aristedes Zavaras, and Doug Roberts; and to John Suthers: COMPLAINT FILED 10/18/07, SUMMONS, WAIVER\*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 2/12/08 .

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk