IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-02050-REB-CBS

PEDRO RODRIGUEZ,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS AT THE BUENA VISTA
CORRECTIONAL COMPLEX,
GEORGE DUNBAR, Warden,
ARISTEDES ZARARAS [*sic*], Executive Director, and
DOUG ROBERTS, Department Head of Medical at Buena Vista Correctional Complex,

    Defendants.

## ORDER ADOPTING RECOMMENDATION OF THE
## UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

    The matter before me is the **Recommendation of United States Magistrate Judge** [#41], filed June 16, 2008. The recommendation addresses two motions: (1) the plaintiff's motion for **Temporary Restraining Order Relief** [#4], filed October 1, 2007; and (2) the **Defendants' Motion To Dismiss** [#28], filed March 12, 2008.

    No objections to the recommendation have been filed. Therefore, I review it only for plain error. *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005).[1] I have considered carefully the recommendation and the applicable case law. The recommendation is detailed and well-reasoned.

---

[1] This standard pertains even though plaintiff is proceeding *pro se*. **Morales-Fernandez**, 418 F.3d at 1122.

Finding no error, much less plain error, in the magistrate judge's reasoning and recommended disposition, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#41], filed June 16, 2008, is **APPROVED AND ADOPTED** as an order of this court;

2. That the plaintiff's motion for **Temporary Restraining Order Relief** [#4], filed October 1, 2007, is **DENIED**;

3. That the **Defendants' Motion To Dismiss** [#28], filed March 12, 2008, is **GRANTED**;

4. That **JUDGMENT SHALL ENTER** in favor of the defendants, Colorado Department of Corrections at the Buena Vista Correctional Complex, George Dunbar, Warden, Aristedes Zavaras, Executive Director (named in the complaint as Aristedes Zararas (sic)), and Doug Roberts, Department Head of Medical at the Buena Vista Correctional Complex, and against the plaintiff, Pedro Rodriguez;

5. That the defendants are **AWARDED** their costs, to be taxed by the Clerk of the Court pursuant to FED. R. CIV. P. 54(d)(1) and D.C.COLO.LCivR 54.1; and

6. That this case is **DISMISSED**.

Dated July 16, 2008, at Denver, Colorado.

        **BY THE COURT:**

        **s/ Robert E. Blackburn**
        **Robert E. Blackburn**
        **United States District Judge**